# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL PENNINGTON

NO. 2021 KW 1086

**NOVEMBER 5, 2021**

---

In Re:   Michael Pennington, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 703,295.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT DENIED.**

                          **VGW**
                          **AHP**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
          FOR THE COURT